UNITED STATES DISTRICT COURT         EASTERN DISTRICT OF TEXAS

MICHAEL ALLEN HAMMONDS #15426180 §
                                 §
*versus*                         §  CIVIL ACTION NO. 4:13-CV-439
                                 §  CRIMINAL ACTION NO. 4:06-CR-75(1)
UNITED STATES OF AMERICA         §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge, which contains findings of fact and recommendation for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 3rd day of April, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE